*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-235**

IN RE JONATHAN FREDERICK SEAMON LOVE

**2021 DDN 7**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 424085**

BEFORE: Glickman and McLeese, Associate Judges, and Fisher, Senior Judge.

## O R D E R
(FILED – June 17, 2021)

On consideration of the certified order from the state of Maryland accepting respondent's joint petition and indefinitely suspending respondent from the practice of law in that jurisdiction with the right to seek reinstatement after 90 days; this court's April 22, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why equivalent reciprocal discipline in the form of a 90-day suspension with a fitness requirement should not be imposed; no response having been filed; the statement of Disciplinary Counsel; and it appearing respondent filed his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Richard Frederick Seamon Love is hereby suspended from the practice of law in the District of Columbia for a period of 90 days, *nunc pro tunc* to May 12, 2021, with reinstatement contingent on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**